# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00085-MR

| | |
|---|---|
| **LINDA HENDRIX MAYES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **CAROLYN W. COLVIN, Acting** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for a Stay [Doc. 6].

On October 3, 2013, the Defendant moved for a stay pending the restoration of appropriations to the Defendant [Doc. 6]. Appropriations having been restored, the Defendant's request for a stay is moot. The Court will order that the Defendant file her summary judgment motion within thirty (30) days of the entry of this Order.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Stay [Doc. 6] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Defendant shall file her summary judgment motion within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: October 21, 2013

Martin Reidinger
United States District Judge