THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00085-MR-DLH

| | |
|---|---|
| LINDA H. MAYES, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> CAROLYN W. COLVIN, ) </br> **Commissioner of Social Security** ) </br> **Administration,** ) </br> ) </br> Defendant. ) </br> _____ ) | **JUDGMENT** |

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment [Doc. 5] is **DENIED**; the Defendant's Motion for Summary Judgment [Doc. 8] is **GRANTED**; the decision of the Commissioner is **AFFIRMED**; and this case is **DISMISSED**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge